UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARLONDO MONET WILLIAMS, INMATE #24735404 | Case No.:  26-cv-0402-AJB-SBC |
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | |
| U.S.A. DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

Michael Orlondo Monet Williams ("Plaintiff") is a state prisoner proceeding *pro se* with a civil rights Complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) On March 3, 2026, the Court dismissed Plaintiff's Complaint because Plaintiff neither paid the civil filing fee nor filed a motion to proceed *in forma pauperis* ("IFP"). (Doc. No. 3.)  The Court granted Plaintiff forty-five (45) days leave from the March 3 Order to either: (a) prepay the entire $405 civil filing and administrative fee in full; or (b) complete and file a motion to proceed IFP. (*Id.* (citing 28 U.S.C. § 1915(a)(2); CivLR 3.2(b)).) The Court mailed the March 3 Order to the address listed in Plaintiff's Complaint. (*See* Doc. No. 1.) On

1

March 18, 2026, the Court received a notice of Mail Returned as Undeliverable as to the Court's March 3 Order. (Doc. No. 4.) The San Diego County Sheriff's Office database reflects that Plaintiff is not currently in custody, and the Court has no means to locate him. A party proceeding *pro se* must keep the Court advised as to his current address. CivLR 83.11(b).

The time for Plaintiff to pay the filing fee or move for IFP has passed. Plaintiff has not done so, nor has he otherwise communicated with the Court. Accordingly, the Court **DISMISSES** this matter without prejudice. The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated:  July 13, 2026

Hon. Anthony J. Battaglia
United States District Judge

26-cv-0402-AJB-SBC